UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>RAMSES OWENS,<br>DIRK BRAUER,<br>RICHARD GAFFEY, and<br>HARALD JOACHIIM VON DER GOLTZ,<br><br>Defendants. | No. 18 Cr. 693 (RMB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel R. Koffmann of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Harald Joachim von der Goltz.

I certify that I am admitted to practice in the Southern District of New York.

| | |
|---|---|
| Dated: New York, New York<br>February 21, 2019 | Respectfully Submitted,<br><br>/s/ Daniel R. Koffmann<br>Daniel R. Koffmann<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY 10010 20005<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>danielkoffmann@quinnemanuel.com<br><br>*Attorneys for Defendant Harald Joachim von der Goltz* |