**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

April 15, 2019

**VIA ECF AND HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **United States v. Owens, et al., 18 Cr. 693 (RMB)**

Dear Judge Berman:

  We write on behalf of Defendant Harald Joachim von der Goltz to join in Defendant Richard Gaffey's motion for a bill of particulars, Dkt. No. 59.

Respectfully submitted,

 /s/ William A. Burck
William A. Burck


cc: All counsel of record (via email and ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART