**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
(202) 538-8120

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

May 7, 2019

**VIA ECF AND HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/19
```

Re: **United States v. Owens, et al., 18 Cr. 693 (RMB)**

**MEMO ENDORSED**

Dear Judge Berman:

We write on behalf of Defendant Harald Joachim von der Goltz to join in Defendant Richard Gaffey's motion for an order compelling the government to identify the documents it intends to use at trial, Dkt. No. 74.

Respectfully submitted,

/s/ William A. Burck
William A. Burck

cc: All counsel of record (via email and ECF)

> Government to respond to Defendants' joint request by 5/22/19.
>
> SO ORDERED:
> Date: 5/8/19        Richard M. Berman
>                     Richard M. Berman, U.S.D.J.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART