# EXHIBIT A

# AFFIDAVIT OF
# ATTORNEY MARCELA ARAUZ QUINTERO

OFFICIAL TRANSLATION

# AFFIDAVIT
SUBJECT: REVACK HOLDINGS FOUNDATION Case - The United States of America vs Ramses Owens a/k/a "Ramses Owens Saad" and others.

The undersigned, qualified lawyer in the Republic of Panama, admitted to the Bar by number 6519 as from 25th April 2002, with specialization in Criminal Proceedings, make the following declarations:

(1) SEIZURE OF FUNDS WITHIN CREDICORP BANK – PANAMA. REVACK HOLDINGS FOUNDATION account and subsidiaries. We have been informed, and we have corroborated that within CREDICORP BANK there have been apprehended all deposited funds of REVACK HOLDINGS FOUNDATION accounts. It has been produced by virtue of an International Assistance, that had been executed and filled in by the Panama SECOND SPECIALIZED PROSECUTION OFFICE FOR THE ORGANIZED CRIME. The same included the seizure of said funds, in order to put them at the orders of United States Attorney Offices. These procedures were done during the March 25 through March 29th week. We requested the Panama prosecutors to provide copies of such Assistance and other related documents pertaining to the Assistance, but copies were not provided, as the Panama prosecutors verbally communicated that the compliance is completed without needing to do anything else.

(2) SEIZURE OF ELECTRONIC DATA FROM RAMSES OWENS MOBILE PHONE SAMSUNG S-8. Dated Tuesday May 7th, 2019, in the afternoon, I received a phone call from the SECOND SPECIALIZED PROSECUTION OFFICE FOR THE ORGANIZED CRIME, in order to make me participate, as a defendant, along with RAMSES OWENS, in the Thursday 9th prosecution activity, at 11:00 o'clock, before the Forensic Information and Technology Section of the Attorney General Institute of Legal Medicine and Forensic Sciences. This legal

The undersigned, licensed translator of the Republic of Panama, certifies that the above is a true translation into the English language of the original document written in Spanish. Rosely Yepez Licensed Translator. Resolution No. 1218 of March 5th, 2013. For further information please contact +507-66752889 or email: ryepez@royalbusinessgroup.net

Rosely Yépez
Traductora Publica Autorizada
Res. No. 1218 de 5 de marzo de 2013
Tel.: 6676-2889, ryepez@royalbusinessgroup.net
Firma:

OFFICIAL TRANSLATION

diligence was not properly summoned nor notified in written form, but in verbal form by phone. They communicated about a legal International Assistance from the United States, which had been previously authorized by the Panama Circuit Guarantees Judge, as a matter of previous legal control.  This audience before the Panama Circuit Guarantees Judge was given without the presence of RAMSES OWENS (owner of the mobile phone data whose information was asked to be seized) nor his defendant council. This mobile device had been apprehended twice by the SECOND SPECIALIZED PROSECUTION OFFICE FOR THE ORGANIZED CRIME, being the first time on the month of May, 2018.  The mobile device was given back to RAMSES OWENS on September 2018. All this under the prosecution investigations recorded as No.06-16 (LAVAJATO). This mobile device was again apprehended on Thursday 6th December 2018.  The data seizure prosecution diligence took effect with the presence of the SECOND SPECIALIZED PROSECUTION OFFICE FOR THE ORGANIZED CRIME, along with the substitute defendant lawyer, Dr. Yarianis Millan. Mr. RAMSES OWENS, physically appeared before the prosecution diligence as he feared to be arrested if not.  As soon as the diligence began, they started to copy all the cellular mobile data into an USB device in order to be couriered to a United States Attorney to the United States.  The prosecution office verbally assured the day before that they would certainly handed off copies of the seizure order and minutes, however, the prosecutors denied such copies in such act. This situation of lack of copies was strongly expressed to the prosecution office's assistants, Dr. Marcos Mosquera and Karen Jaen.  It was also requested to write down in the Seizure Diligence Minutes about the illegality of such acts, either in the formal word processing text and through handwriting, but it was also denied.

Given this 14th Day of May, 2019,

The undersigned, licensed translator of the Republic of Panama, certifies that the above is a true translation into the English language of the original document written in Spanish. Rosely Yepez Licensed Translator. Resolution No. 1218 of March 5th, 2013. For further information please contact +507-66752889 or email: ryepez@royalbusinessgroup.net

Rosely Yépez
Traductora Publica Autorizada
Res. No. 1218 de 5 de marzo de 2013
Tel.: 6675-2889/ ryepez@royalbusinessgroup.net
Firma:

OFFICIAL TRANSLATION

**MARCELA ARAUZ QUINTERO**
(qualified criminal attorney at law and admitted to the Bar)

The undersigned, licensed translator of the Republic of Panama, certifies that the above is a true translation into the English language of the original document written in Spanish. Rosely Yepez Licensed Translator. Resolution No. 1218 of March 5th, 2013. For further information please contact +507-66752889 or email: ryepez@royalbusinessgroup.net

Rosely Yépez
Traductora Publica Autorizada
Res. No. 1218 de 5 de marzo de 2013
Tel.: 6675-2889/ryepez@royalbusinessgroup.net

# APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. In Panama this public document
2. Has been signed by **NORMA VELASCO**
3. acting in the capacity of **NOTARY**
4. bears the seal/stamp of **ELEVENTH NOTARY**



Seal

**Certified**

5. In **PANAMA**          6. On **May 16, 2019**
7. by **MANAGEMENT DIRECTION**
8. N° **2019-113727**
9. Seal/Stamp          10. Signature
                       **ILLEGIBLE SIGNATURE**



Seal

The undersigned, licensed translator of the Republic of Panama, certifies that the above is a true translation into the English language of the original document written in Spanish. Rosely Yepez Licensed Translator. Resolution No. 1218 of March 5th, 2013. For further information please contact +507-66752889 or email: ryepez@royalbusinessgroup.net

Rosely Yepez
Traductora Publica Autorizada
Res. No. 1218 de 5 de marzo de 2013
Tel.: 66752889 ryepez@royalbusinessgroup.net
Firma:

```
                                   REPUBLICA de PANAMA
                    161                ★ TIMBRE NACIONAL ★
                    2152
                    5267
                                       ₴010.00
                    16 05 19    P.B. 1074
```





..., MARLENIS VELASCO C., Notaria Publica Duodécima

... Circuito de Panamá, con Cédula de Identidad N° 8-250-338,

CERTIFICO:

Que he cotejado detenidamente y minuciosamente esta copia fotostática con su original y la he encontrado en todo conforme.

Panamá _____ 16 MAY 2019 _____

Licda. NORMA MARLENIS VELASCO C.
Notaria Pública Duodécima

OFFICIAL TRANSLATION

# APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. In Panama this public document
2. Has been signed by **NORMA VELASCO**
3. acting in the capacity of **NOTARY**
4. bears the seal/stamp of **ELEVENTH NOTARY**



**Certified**

5. In **PANAMA**     6. On **May 16, 2019**
7. by **MANAGEMENT DIRECTION**
8. N° **2019-113726**
9. Seal/Stamp        10. Signature
                    **ILLEGIBLE SIGNATURE**



The undersigned, licensed translator of the Republic of Panama, certifies that the above is a true translation into the English language of the original document written in Spanish. Rosely Yepez Licensed Translator. Resolution No. 1218 of March 5th, 2013. For further information please contact +507-66752889 or email Rosely Yepez
ryepez@royalbusinessgroup.net

Traductora Pública Autorizada
Res. No. 1218 de 5 de marzo de 2013
Tel.: 66752889 ryepez@royalbusinessgroup.net
Firma:

# AFFIDAVIT OF
# ATTORNEY MARCELA ARAUZ QUINTERO

# SPANISH VERSION

AFIDAVIT (Declaración Jurada)
TEMA: CASO REVACK HOLDINGS FOUNDATION -- Los Estados Unidos de América vs Ramses Owens a/k/a "Ramses Owens Saad" y otros.

La suscrita, abogadas en ejercicio en la República de Panamá, con idoneidad para ejercer desde el 25 de abril de 2002, con No. 6519 y con especialización en Derecho Procesal Penal, hacemos las siguientes declaraciones:

(1) INCAUTACIÓN DE DINEROS EN EL CREDICORP BANK – PANAMÁ. CUENTA DE REVACK HOLDINGS FOUNDATION y subsidiarias. Hemos sido informadas, y hemos corroborado que en el CREDICORP BANK se han aprehendido todos los fondos depositados en las cuentas de REVACK HOLDINGS FOUNDATION. Ello producto de una Asistencia Internacional, que fuera ejecutada o diligenciada por la FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA de Panamá. La cual comprendía la incautación de esos fondos, para a su vez ponerlos a órdenes de fiscales de los Estados Unidos de América. Estos actos fueron ejecutados durante la semana del 25 al 29 de marzo de 2019. Se hizo el requerimiento, a los señores Fiscales de proporcionar copias de la solicitud de Asistencia y demás actos consecuentes de dicha Asistencia, lo cual no se nos proporcionó, ya que manifestaron haber cumplido con la Asistencia respectiva.

(2) INCAUTACIÓN DE DATOS DEL CELULAR SAMSUNG S-8 DE RAMSÉS OWENS. Con fecha martes 7 de mayo de 2019, en horas de la tarde, recibimos llamada de la FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA, para participar en calidad de defensa y al señor RAMSÉS OWENS para el jueves 9 de mayo a las 11:00 am, ante la sección de Informática Forense del Instituto de Medicina Legal y Ciencias Forenses del Ministerio Público de Panamá. Esta diligencia no nos fue notificada por escrito y vía telefónica nos manifestaron correspondía a una Asistencia Internacional de los Estados Unidos de América y una vez



recibida, fue requerida su autorización, como control previo ante el Juez de Garantías, y así debidamente autorizado, audiencia ésta que se dio en ausencia de la defensa y del propio titular de los datos que se ordenaron incautar, el señor RAMSÉS OWENS. Este equipo de celular por segunda ocasión está aprehendido por la FISCALÍA SEGUNDA SUPERIOR ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA, la primera vez desde el mes de mayo de 2018 y devuelto en septiembre de 2018, dentro de la investigación identificada No.06-16 (LAVAJATO), para nuevamente el jueves 6 de diciembre de 2018, ser aprehendida. La diligencia se dio con la participación del Fiscal Segundo Especializado Contra la delincuencia Organizada, y con la abogadas sustituta del señor RAMSÉS OWENS, la Licenciada Yarianis Millán, conjuntamente con RAMSÉS OWENS. El licenciado RAMSES OWENS, compareció a dicha diligencia, por temor de ser detenido, si se negaba a asistir o participar en la misma. Iniciada la misma se hizo una copia de la data del celular a un USB, para que éste sea enviado a un Fiscal en Estados Unidos. Se aseguró que se entregarían copia de la Resolución que ordena la incautación, pero a última hora se nos negó. Esta negativa fue expresada por los asistentes de fiscalía, Licenciados Marcos Mosquera y Karen Jaén. Se solicitó poder escribir en el Acta de incautación, acerca de la ilegalidad del acto, sea en texto formal o a mano, lo cual también fue negado.

Dado en Panamá, a los 14 días de mayo, 2019,

MARCELA ARAUZ QUINTERO
(abogada titulada e idónea)

La suscrita, NORMA MARLENIS VELASCO C., Notaria Pública Duodécima del Circuito de Panamá, con Cédula de Identidad No. 8-250-338.

CERTIFICO:

Que la (s) firma (s) anterior (es) ha (n) sido reconocida (s) como suya (s) por los firmantes, por consiguiente, dicha (s) firma (s) es (son) auténtica (s).

Panamá, 16 MAY 2019

Testigo          Testigo

Licda. NORMA MARLENIS VELASCO C.
Notaria Pública Duodécima

REPUBLICA DE PANAMA
* TIMBRE NACIONAL *
≡010.00
16 05 19   P.B. 1074

## APOSTILLE
**Convention de La Haye du 5 octobre 1961**

1. País: PANAMÁ
El presente documento Público
2. Ha sido firmado por _Norma Veleno_
3. quién actúa en calidad de: _notario_
4. y está revestido del sello/timbre de: _notario Duodécimo_
   CERTIFICADO  16 MAY 2019
5. EN PANAMÁ         6. el _____
7. por DIRECCIÓN ADMINISTRATIVA
8. Bajo el numero: _2019 - 13727_
9. Sello/timbre _____ 10 Firma: _____



Esta Autorización no
implica responsabilidad
en cuanto al contenido
del documento



```
161
2152
5267
```

REPUBLICA de PANAMA
★ TIMBRE NACIONAL ★

≊010.00

16 05 19    P.B. 1074





...... MARLENIS VELASCO C., Notaria Publica Duodécima

... Circuito de Panamá, con Cédula de Identidad No 8-250-336,

CERTIFICO:

Que he cotejado detenidamente y minuciosamente esta copia
fotostática con su original y la he encontrado en todo conforme.

Panamá _____ 16 MAY 2019 _____

Licda. NORMA MARLENIS VELASCO C
Notaria Pública Duodécima

**APOSTILLE**

Convention de La Haye du 5 octobre 1961

1. País: PANAMÁ

El presente documento Público

2. Ha sido firmado por _____

3. quién actúa en calidad de: _____

4. y está revestido del sello/timbre de: _____

**CERTIFICADO**

5. EN PANAMÁ         6. el 1 6 MAY 2019

7. por DIRECCIÓN ADMINISTRATIVA

8. Bajo el numero: _____

9. Sello/timbre _____ 10 Firma: _____



Esta Autorización no
implica responsabilidad
en cuanto al contenido
del documento