**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

July 1, 2019

<u>**VIA ECF AND HAND DELIVERY**</u>

Hon. Richard J. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>**United States v. Owens, et al., 18 Cr. 693 (RMB)**</u>

Dear Judge Berman,

    We write on behalf of Defendant Harald Joachim von der Goltz to request an extension of time to disclose whether Mr. von der Goltz intends to pursue an advice-of-counsel defense at his trial, scheduled to commence on October 28, 2019.  The current deadlines for Mr. von der Goltz to provide notice and to produce relevant documents are July 15 and July 16, respectively.  Mr. von der Goltz respectfully requests a short extension of those dates to July 24 and July 25, respectively, as certain information relevant to his decision will not be available until after the current deadlines.  The government consents to this request, which is Mr. von der Goltz's first request for an extension of these deadlines.

Respectfully submitted,

 /s/ William Burck
William Burck

cc:    All counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART