UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                               :

UNITED STATES OF AMERICA              :

                                                                               :         **Affirmation of Thane Rehn**

         -v.-                                   :

                                                            :

RAMSES OWENS,                             :

   a/k/a "Ramses Owens Saad,"         :         **18 Cr. 693 (RMB)**

DIRK BRAUER,                                    :

RICHARD GAFFEY,                           :

   a/k/a "Dick Gaffey," and                :

HARALD JOACHIM VON DER GOLTZ,   :

   a/k/a "H.J. von der Goltz,"          :

   a/k/a "Johan von der Goltz,"        :

                                                            :

                            Defendants.    :

------------------------------------------------------------X

       Thane Rehn, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I respectfully submit this affirmation in support of the Government's motion regarding application of the crime fraud exception and waiver of the attorney-client privilege.

       2.      Attached hereto as Exhibit A is a true and correct copy of an email sent from a U.S. Law Firm Representative to AUSA Sarah Paul on or about May 11, 2016.

       3.      Attached hereto as Exhibit B is a true and correct copy of a Memorandum of Interview of Harald Joachim von der Goltz, drafted by IRS agents following a meeting with von der Goltz on or about May 19, 2016.

       4.      Attached hereto as Exhibit C is a true and correct copy of a transcript of a deposition of Harald Joachim von der Goltz, dated March 6, 2017.

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated November 14, 2017, addressed to AUSA Sarah Paul from Jeffrey Neiman.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated July 10, 2018, addressed to Jeffrey Neiman from AUSA Sarah Paul.

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated July 13, 2018, addressed to AUSA Sarah Paul from Jeffrey Neiman.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated July 24, 2019, addressed to Government counsel in this case, from Daniel Koffman.

Dated:   New York, New York
         August 14, 2019

_____
Thane Rehn
Assistant United States Attorney
Tel: 212-637-2354