UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

HARALD JOACHIM VON DER GOLTZ,

                    Defendant.
-----------------------------------------------------------X

ORDER

S6 18 Cr 693 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 18, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

WHEREAS, the guilty plea allocution was supplemented by the Defendant and this Court on February 24, 2020,

IT IS HEREBY ORDERED that HARALD JOACHIM VON DER GOLTZ's guilty plea is accepted.

Dated: New York, New York
       February 24, 2020



RICHARD M. BERMAN, U.S.D.J.