**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Harald Joachim von der Goltz*, 18 Cr. 693 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter regarding scheduling in the above-captioned case. Defense counsel consents in this request. The defendant Harald Joachim von der Goltz entered a guilty plea before Magistrate Judge Barbara C. Moses on February 18, 2020. On February 24, 2020, the Court accepted the defendant's guilty plea and set the following schedule for sentencing:

The Government *Fatico* submission is due April 27, 2020;
The defense *Fatico* submission is due May 4, 2020;
*Fatico* hearing scheduled for May 12, 2020 at 9:00 am;
The defense sentencing submission is due June 3, 2020;
The Government sentencing submission is due June 10, 2020;
Sentencing scheduled for June 24, 2020 at 11:00 am.

Due to the ongoing national emergency resulting from the COVID-19 virus, the parties' ability to meet with witnesses to prepare for a *Fatico* hearing is limited at this time. In addition, based on the information currently available, it appears unlikely that public health guidelines on avoiding in-person contact will be relaxed by the date currently scheduled for the *Fatico* hearing. Accordingly, the parties have conferred and respectfully request that the *Fatico* hearing be rescheduled as follows:

The Government *Fatico* submission is due 5/18/2020;
The defense *Fatico* submission is due 5/25/2020;
*Fatico* hearing scheduled for June 2, 2020 at 9:00 am.
Sentencing submissions and sentencing schedule unchanged.

April 20, 2020
Page 2

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery
Section, Criminal Division

By: /s/ Thane Rehn
Eun Young Choi and Thane Rehn
Assistant United States Attorneys
(212) 637-2187/2354

Michael Parker
Trial Attorney, Criminal Division

cc:   Defense Counsel (by ECF)

---

Application granted as modified below:

Government Fatico submission due 5/18/2020;

Defense Fatico submission due 5/25/2020;

Fatico hearing is scheduled for 6/2/2020 at 9:00 a.m.;

Defense sentencing submission is due 7/2/2020;

Government sentencing submission is due 7/9/2020;

Sentence is adjourned to 7/23/2020 at 10:00 am.

SO ORDERED:
Date: 4/21/2020        Richard M. Berman
                       Richard M. Berman, U.S.D.J.