**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Harald Joachim von der Goltz*, 18 Cr. 693 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter regarding scheduling in the above-captioned case. Defense counsel consents in this request. The defendant Harald Joachim von der Goltz entered a guilty plea before Magistrate Judge Barbara C. Moses on February 18, 2020, and the Court accepted the defendant's guilty plea on February 24, 2020. On April 21, 2020, the Court granted the parties' joint request to modify the original sentencing schedule and set the following schedule for sentencing:

> The Government *Fatico* submission is due May 18, 2020;
> The defense *Fatico* submission is due May 25, 2020;
> *Fatico* hearing scheduled for June 2, 2020 at 9:00 am;
> The defense sentencing submission is due July 2, 2020;
> The Government sentencing submission is due July 9, 2020;
> Sentencing scheduled for July 23, 2020 at 10:00 am.

Due to the ongoing national emergency resulting from the COVID-19 virus, the parties' ability to meet with witnesses to prepare for a *Fatico* hearing is limited at this time. In addition, based on the information currently available, it appears unlikely that public health guidelines on avoiding in-person contact will be relaxed by the date currently scheduled for the *Fatico* hearing. In addition, the parties have recently engaged in discussions aimed at narrowing any remaining disagreements regarding the sentencing guidelines, which may obviate the need for a *Fatico* hearing, and the parties jointly request additional time to complete those discussions.

May 15, 2020
Page 2

Accordingly, the parties have conferred and respectfully request that the *Fatico* hearing be rescheduled as follows:

The Government *Fatico* submission is due June 1, 2020;
The defense *Fatico* submission is due June 8, 2020;
*Fatico* hearing scheduled for June 16, 2020 at 9:00 am.
Sentencing submissions and sentencing schedule unchanged.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery
Section, Criminal Division

By: _____
Eun Young Choi and Thane Rehn
Assistant United States Attorneys
(212) 637-2187/2354

Michael Parker
Trial Attorney, Criminal Division

cc:      Defense Counsel (by ECF)

Application granted.

_____

_____

_____

_____

_____

SO ORDERED:
Date: 5/18/2020        *Richard M. Berman*
                        Richard M. Berman, U.S.D.J.