**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Harald Joachim von der Goltz*, **18 Cr. 693 (RMB)**

Dear Judge Berman:

The Government respectfully submits this letter, with the consent of the defendant Harald Joachim von der Goltz, to request a one-week extension until July 16, 2020 to submit its sentencing submission.  Von der Goltz is currently scheduled to be sentenced by the Court on September 24, 2020 at 10:30 AM; the Government's submission is currently due on July 9, 2020.

The Government has reviewed the defendant's sentencing submission, which was filed earlier today.  Given the length of the defendant's submission, the breadth of the arguments posed, the volume of the exhibits and appendices attached thereto, and the impending holiday, the Government respectfully requests an additional week to file its response.

The Government has conferred with defense counsel William Burck, who consents to this request.

July 2, 2020
Page 2

For the above reasons, the Government respectfully requests that its sentencing submission be due on July 16, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery Section, Criminal Division

By: _____
Eun Young Choi and Thane Rehn
Assistant United States Attorneys
(212) 637-2187/2354

Michael Parker
Trial Attorney, Criminal Division

cc:   Defense Counsel (by ECF)

Extension granted.

SO ORDERED:
Date: 7/8/2020

Richard M. Berman, U.S.D.J.