**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

HAROLD JOACHIM VON DER GOLTZ,
                Defendants.
------------------------------------------------------------X

18 CR. 693 (RMB)

**<u>ORDER</u>**

      The sentencing scheduled for Monday, September 21, 2020 at 11:00 AM will be held by video via Skype for Business.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial In Number: +1 917-933-2166
      Conference ID: 229020731

Dated: September 17, 2020
       New York, NY

                                  RICHARD M. BERMAN
                                  U.S.D.J.