18-cr-693-004 (RMB)

The Hon. Richard M.Berman
Daniel Patrick Moynihan
US Courthouse
500 Pearl Street
NY, NY 10007-1312                                    Nov.9,2020

Your Honor,

Forgive me for taking the liberty of writing you personally, concerning my husband,
Harald J. von der Goltz, and without consulting his lawyers, in the hopes that I might
somehow and against all odds persuade you to grant him a postponement of his
surrender to FMC Devens on November 20th.

Jochen as we call him has been spared death many times over the course of our 43
year of marriage and I think this must have been so he could carry on with his
humanitarian and philanthropic projects.
Now, at 83 and in declining health, he has been handed a death sentence for a white
collar crime, and as an American I find myself unable to rationalize how this draconian
ruling exemplifies and honors our justice system.
Since the Oct 21st. ruling we have been overwhelmed with trying to comprehend and
digest the sheer magnitude of jail preparation (mentally and physically) for Jochen, and
increasingly terribly concerned and frightened about the momentous daily surge in this
pandemic and its horrific consequences!
**Yet suddenly and miraculously here we stand on the brink of a major Covid 19
vaccine breakthrough from Pfizer/ BioNTech !!!**

I am therefore humbly asking you to please allow him to postpone surrender so that he
may receive this vaccine **as soon** as it is available and **before** he enters prison,
because in the highly likely event that he contracts the Coronavirus in prison, it is the
overwhelming opinion of all the medical experts that he **will not** survive!

Since our family will be never be the same again after November 20th, it would be of the
utmost consolation to us if we could at least be permitted to have one last Thanksgiving
and Christmas together with our husband, father and grandfather.

In the hopes that you will find it in your heart to hear my plea,

Thank you for your consideration,
Sincerely,

Belle von der Goltz

Clerk to docket & file.

SO ORDERED:
Date: 11/19/2020
Richard M. Berman, U.S.D.J.