N.Y.S.D. Case #
18-cv-0693-4(RMB)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand twenty.

_____

United States of America,

      Appellee,

v.

Ramses Owens, AKA Sealed Defendant 1,
Dirk Brauer, AKA Sealed Defendant 2,

      Defendants,

Harald Joachim Von Der Goltz, AKA Sealed Defendant 4, Richard Gaffey, AKA Sealed Defendant 3,

      Defendants - Appellants.
_____

**ORDER**

Docket No. 20-3511(L), 20-3660(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 30 2020

Appellant Harald Joachim Von Der Goltz moves to voluntarily dismiss his appeal in docket number 20-3511.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal in docket number 20-3660 will continue in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/30/2020**