The Hon. Richard M. Berman
Daniel Patrick Moynihan
US Courthouse
500 Pearl Street
NY, NY 10007-1312



Nov.22, 2020

Your Honor,

Although I have no way of knowing if you received my letter of Nov. 9th (akin to sending a message in a bottle) asking to permit my husband HJ von der Goltz to surrender after the holidays, I want to thank you in the name of our family for granting him this special wish!
We are tremendously grateful for your kind decision so that Johan will be able to spend this extra time with us.
Wishing you and your family a Happy Thanksgiving and wonderful holidays,

Sincerely,

*[signature]*

Belle von der Goltz

Clerk to docket & file.

SO ORDERED:
Date: 12/3/2020

*[signature]*
Richard M. Berman, U.S.D.J.