

Friday, December 18, 2020

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Harold Joachim von der Goltz
     DOB: 06/16/1937
     Address: 590 Charles River St, Needham, MA 02492

Dear Judge Berman,

I would like to thank you for accepting this letter and for your continuing dedication to the case of Harold Joachim von der Goltz who is my patient at the Brigham and Women's Hospital in Boston. Mr. von der Goltz has multiple serious medical conditions for which he is at very high risk of severe illness and death from the virus SARS-CoV-2 that causes COVID-19. His medical conditions include advanced age, chronic kidney disease, chronic pulmonary disease, coronary artery disease, valvular heart disease, cardiomyopathy with marginal left ventricular ejection fraction, aortic ascending aneurysm dissection and repair with graft, and hypertension. In this context and as his physician, I have initiated the process of getting Mr. von der Goltz's name on top of the list as a priority patient for receiving the vaccine against SARS-CoV-2 as soon as feasible. The decision on when to immunize him is out of my hands at the moment, as the immunization is provided at designated vaccinators, and the process must follow both a predetermined order according to the CDC recommendations and the mandate by the authorities in Massachusetts.

Respectfully yours,

Dr. Marcelo Montorzi
Brigham and Women's Hospital
Internal Medicine
75 Francis Street
Boston, MA 02115
Tel +1 617 732 5777
Fax +1 617 264 5100