

Aitan D. Goelman
PARTNER
Zuckerman Spaeder LLP
agoelman@zuckerman.com
202.778.1999

February 17, 2021

**VIA ECF**

Hon. Richard M. Berman
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Owens, et al., 18 Cr. 693 (RMB)

Dear Judge Berman:

I write on behalf of Defendant Harald Joachim von der Goltz to request that the Court adjourn Mr. von der Goltz's reporting date, now set for March 4, 2021, for another 30 days. The government does not oppose this request.

Mr. von der Goltz has already received his first injection of the COVID-19 vaccine. He has an appointment to receive the second dose on March 9. The vaccine reaches its full efficacy approximately two weeks after the second dose. For this reason, adjourning Mr. von der Goltz's reporting date until April 4, 2021, will allow him to minimize the chance that he is infected with COVID-19 after he reports.

      Respectfully submitted,

      /s/ *Aitan D. Goelman*

      Aitan D. Goelman

cc: all counsel of record (by ECF)

**1800 M STREET NW, STE. 1000, WASHINGTON, DC 20036-5807  |  T 202.778.1800  |  F 202.822.8106**

ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE

7631910.1