

Aitan D. Goelman
PARTNER
Zuckerman Spaeder LLP
agoelman@zuckerman.com
202.778.1999

April 15, 2021

**VIA ECF**

Hon. Richard M. Berman
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Owens, et al., 18 Cr. 693 (RMB)

Dear Judge Berman:

I represent Defendant Harald Joachim von der Goltz in this matter. Mr. von der Goltz's passports have been retained by the Pre-Trial Services Office for the Southern District of New York during the pendency of his criminal case. Also, Mr. von der Goltz's bond was secured with $650,000 cash.

On April 5, 2021, Mr. von der Goltz surrendered to the custody of the Bureau of Prisons as ordered by the Court. I write to request that the Court enter an Order directing Pre-Trial Services to return Mr. von der Goltz's passports to his daughter, Annemarie von der Goltz, and for the $650,000 to be returned to Belle von der Goltz, the Defendant's wife.

AUSA Thane Rehn has no objection to this request.

Respectfully submitted,

/s/ *Aitan D. Goelman*

Aitan D. Goelman

cc: all counsel of record (by ECF)

**1800 M STREET NW**, STE. 1000, WASHINGTON, DC 20036-5807 | T **202.778.1800** | F **202.822.8106**

ZUCKERMAN SPAEDER LLP | WASHINGTON, DC | NEW YORK | TAMPA | BALTIMORE

7681947.1