

Aitan D. Goelman
PARTNER
Zuckerman Spaeder LLP
agoelman@zuckerman.com
202.778.1999

April 15, 2021

**VIA ECF**

Hon. Richard M. Berman
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Owens, et al., 18 Cr. 693 (RMB)

Dear Judge Berman:

I represent Defendant Harald Joachim von der Goltz in this matter. Mr. von der Goltz's passports have been retained by the Pre-Trial Services Office for the Southern District of New York during the pendency of his criminal case. Also, Mr. von der Goltz's bond was secured with $650,000 cash.

On April 5, 2021, Mr. von der Goltz surrendered to the custody of the Bureau of Prisons as ordered by the Court. I write to request that the Court enter an Order directing Pre-Trial Services to return Mr. von der Goltz's passports to his daughter, Annemarie von der Goltz, and for the $650,000 to be returned to Belle von der Goltz, the Defendant's wife.

AUSA Thane Rehn has no objection to this request.

Applications granted. Pretrial Services is respectfully requested to respond to Defendant's counsel's requests.

SO ORDERED:
Date: 5/21/21
Richard M. Berman, U.S.D.J.

Respectfully submitted,

/s/ *Aitan D. Goelman*

Aitan D. Goelman

1800 M STREET NW, STE. 1000, WASHINGTON, DC 20036-5807  |  T 202.778.1800  |  F 202.822.8106

ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE

7681947.1